IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------x
In re:                                          :
                                                :     Chapter 13
    CRYSTAL Y. LIGHT,              :
                                                :     Bankruptcy No. 18-10069 (MDC)
                  Debtor.       :
------------------------------------------------------x

## PRAECIPE TO WITHDRAW PROOF OF CLAIM

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw Proof of Claim number 6-2 filed by the City of Philadelphia on May 3, 2019 in the amount of $99,354.78.

                                                Respectfully submitted,

                                                THE CITY OF PHILADELPHIA

Dated: May 7, 2019   By:        /s/ Megan N. Harper
                                       Megan N. Harper
                                       Deputy City Solicitor
                                       City of Philadelphia Law Department
                                       1401 JFK Blvd., 5th Floor
                                       Philadelphia, PA  19102-1595
                                       215-686-0503 (phone)
                                       215-686-0588 (facsimile)
                                       Email: Megan.Harper@Phila.gov