# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  CRYSTAL LIGHT | : | CHAPTER 13 |
| | : | |
| Debtor | : | BANKRUPTCY NO. 18-10069 |

## ORDER

AND NOW, this _____ day of _____, 2019, Upon consideration of Debtor's Motion to Vacate the Order Granting Relief from Stay granted to U.S. Bank Trust, N.A., in regard to 7626 Wyndale Ave, Phila, PA , and after hearing, it is hereby ORDERED that the Order of Relief dated January 22, 2019 is hereby VACATED and the Automatic Stay is reinstated subject to the terms of the Stipulation Agreement and Order entered of record on March 16, 2018.

BY THE COURT:

_____
                                    J.