# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Crystal Y. Light<br>　　　　　　　<u>Debtor</u><br><br>Specialized Loan Servicing, LLC as servicer for Government Loan Securitization Trust 2011-FV1, U.S. Bank Trust National Assocation, not in its individual capacity but solely as Delaware trustee and U.S. Bank National Association, not in its individual capacity but solely as Co-Trustee<br>　　　　　　　<u>Movant</u><br>　　vs.<br><br>Crystal Y. Light<br>　　　　　　　<u>Debtor</u><br><br>William C. Miller Esq.<br>　　　　　　　<u>Trustee</u> | CHAPTER 13<br>BK NO: 18-10069 MDC |

## ORDER GRANTING EXTENSION

Upon consideration of Movant's Motion requesting extension, it is hereby;

ORDERED that the deadline to file the Stipulation be extended to July 12, 2019.

By the court:

Dated:  June 17, 2019

*Magdeline D. Coleman*
Chief United States Bankruptcy Judge