United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-10069-mdc
Crystal Y. Light                                                    Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 1              Date Rcvd: Jun 18, 2019
                              Form ID: pdf900           Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2019.
db        +Crystal Y. Light,   7626 Wyndale Avenue,   Philadelphia, PA 19151-2707
cr        +Government Loan Securitization Trust 2011-FV1,   14841 Dallas Pkwy Suite 425,
           Dallas, TX 75254-8067
cr        +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,   Highlands Ranch, CO 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: megan.harper@phila.gov Jun 19 2019 02:55:12     City of Philadelphia,
           City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
           Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 19 2019 02:54:50
           Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
           Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 19 2019 02:55:01     U.S. Attorney Office,
           c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr         +E-mail/Text: megan.harper@phila.gov Jun 19 2019 02:55:12     CITY OF PHILADELPHIA,
           Tax & Revenue Unit,   1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,   Major Tax Litigation Division,
           Philadelphia, PA 19102-1613
                                                                                              TOTAL: 4

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2019                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2019 at the address(es) listed below:
          JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          JEROME B. BLANK    on behalf of Creditor    U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS
           INDIVIDUAL ET. AL. paeb@fedphe.com
          JEROME B. BLANK    on behalf of Creditor    U.S. Bank Trust National Association et. al.
           paeb@fedphe.com
          KEVIN G. MCDONALD    on behalf of Creditor    Government Loan Securitization Trust 2011-FV1, U.S.
           Bank Trust National Assocation, not in its individual capacity but solely as Delaware trustee
           and U.S. Bank National Association, not in its individ bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD    on behalf of Creditor    Specialized Loan Servicing LLC bkgroup@kmllawgroup.com
          MEGAN N. HARPER    on behalf of Creditor    CITY OF PHILADELPHIA megan.harper@phila.gov,
           karena.blaylock@phila.gov
          PAUL H. YOUNG    on behalf of Debtor Crystal Y. Light support@ymalaw.com,  ykaecf@gmail.com,
           paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Government Loan Securitization Trust 2011-FV1, U.S.
           Bank Trust National Assocation, not in its individual capacity but solely as Delaware trustee
           and U.S. Bank National Association, not in its individ bkgroup@kmllawgroup.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    U.S. Bank Trust National Association et. al.
           paeb@fedphe.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS
           INDIVIDUAL ET. AL. paeb@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 12

### UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Crystal Y. Light<br><div align="center">Debtor</div><br>Specialized Loan Servicing, LLC as servicer for Government Loan Securitization Trust 2011-FV1, U.S. Bank Trust National Assocation, not in its individual capacity but solely as Delaware trustee and U.S. Bank National Association, not in its individual capacity but solely as Co-Trustee<br><div align="center">Movant</div><br><div align="center">vs.</div><br>Crystal Y. Light<br><div align="center">Debtor</div><br>William C. Miller Esq.<br><div align="center">Trustee</div> | CHAPTER 13<br>BK NO: 18-10069 MDC |

### ORDER GRANTING EXTENSION

Upon consideration of Movant's Motion requesting extension, it is hereby;

ORDERED that the deadline to file the Stipulation be extended to July 12, 2019.

By the court:

Dated: June 17, 2019

*Magdeline D. Coleman*
Chief United States Bankruptcy Judge