United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Crystal Y. Light
    Debtor

Case No. 18-10069-mdc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Stacey    Page 1 of 1    Date Rcvd: Jun 19, 2019
                 Form ID: pdf900    Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 21, 2019.
```
db             +Crystal Y. Light,    7626 Wyndale Avenue,    Philadelphia, PA 19151-2707
cr             +Government Loan Securitization Trust 2011-FV1,    14841 Dallas Pkwy Suite 425,
                 Dallas, TX 75254-8067
cr             +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Jun 20 2019 02:47:36      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 20 2019 02:47:28
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 20 2019 02:47:33      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: megan.harper@phila.gov Jun 20 2019 02:47:36      CITY OF PHILADELPHIA,
                 Tax & Revenue Unit,    1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    Major Tax Litigation Division,
                 Philadelphia, PA 19102-1613
                                                                                              TOTAL: 4
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2019                                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 19, 2019 at the address(es) listed below:
```
          JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          JEROME B. BLANK    on behalf of Creditor    U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS
           INDIVIDUAL ET. AL. paeb@fedphe.com
          JEROME B. BLANK    on behalf of Creditor    U.S. Bank Trust National Association et. al.
           paeb@fedphe.com
          KEVIN G. MCDONALD    on behalf of Creditor    Government Loan Securitization Trust 2011-FV1, U.S.
           Bank Trust National Assocation, not in its individual capacity but solely as Delaware trustee
           and U.S. Bank National Association, not in its individ bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD    on behalf of Creditor    Specialized Loan Servicing LLC bkgroup@kmllawgroup.com
          MEGAN N. HARPER    on behalf of Creditor    CITY OF PHILADELPHIA megan.harper@phila.gov,
           karena.blaylock@phila.gov
          PAUL H. YOUNG    on behalf of Debtor Crystal Y. Light support@ymalaw.com,   ykaecf@gmail.com,
           paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Government Loan Securitization Trust 2011-FV1, U.S.
           Bank Trust National Assocation, not in its individual capacity but solely as Delaware trustee
           and U.S. Bank National Association, not in its individ bkgroup@kmllawgroup.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    U.S. Bank Trust National Association et. al.
           paeb@fedphe.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS
           INDIVIDUAL ET. AL. paeb@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 12
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Crystal Y. Light<br>　　　　　Debtor | CHAPTER 13 |
| Specialized Loan Servicing, LLC as servicer for Government Loan Securitization Trust 2011-FV1, U.S. Bank Trust National Association, not in its individual capacity but solely as Delaware trustee and U.S. Bank National Association, not in its individual capacity but solely as Co-Trustee<br>　　　　　Movant<br>vs. | NO. 18-10069 MDC<br><br>11 U.S.C. Section 362 |
| Crystal Y. Light<br>　　　　　Debtor<br><br>William C. Miller Esq.<br>　　　　　Trustee | |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$803.48**, which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | May 1, 2019 at $808.90/month |
| Suspense Balance: | $5.42 |
| **Total Post-Petition Arrears** | **$803.48** |

2. The Debtor shall cure said arrearages in the following manner:

　　a). The Automatic Stay as to the property of 7626 Wyndale Avenue, Philadelphia, PA, 19151 is reinstated and the previous Order Vacating the Stay is hereby vacated;

　　b). Within seven (7) days of the filing of this Stipulation, Debtor shall file an Amended Chapter 13 Plan to include the post-petition arrears of **$803.48.**

　　c). Movant shall file an Amended or Supplemental Proof of Claim to include the post-petition arrears of **$803.48** along with the pre-petition arrears;

　　d). The new 410A form for a Proof of Claim shall not be required for this Amended or Supplemental Proof of Claim.

3. Beginning with the payment due June 1, 2019 and continuing thereafter, Debtor shall pay to Movant the present regular monthly mortgage payment of $808.90 (or as adjusted

pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month).

4. Should Debtor provide sufficient proof of payments made, but not credited (front & back copies of cancelled checks and/or money orders), Movant shall adjust the account accordingly.

5. In the event the payments under Section 3 above are not tendered pursuant to the terms of this stipulation, Movant shall notify Debtor and Debtor's attorney of the default in writing and the Debtor may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor should fail to cure the default within fifteen (15) days, Movant may file a Certification of Default with the Court and the Court shall enter an Order granting Movant immediate relief from the automatic stay and waiving the stay provided by Bankruptcy Rule 4001(a)(3).

6. If the case is converted to Chapter 7, Movant shall file a Certification of Default with the Court and the Court shall enter an order granting Movant relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date: June 13, 2019

By: /s/ Kevin G. McDonald, Esquire
Attorney for Movant

Date: 6/13/19

Paul H. Young, Esquire
Attorney for Debtor

*without prejudice to any
trustee rights or remedies

Date: 6/17/19

_____ NO POSITION
William C. Miller, Esquire
Chapter 13 Trustee

Approved by the Court this  19th  day of  June , 2019. However, the court retains discretion regarding entry of any further order.

_____
Chief U.S. Bankruptcy Judge
Magdeline D. Coleman