United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 18-10069-mdc
Crystal Y. Light                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: Stacey              Page 1 of 1             Date Rcvd: Aug 09, 2019
                             Form ID: 155              Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2019.
db           +Crystal Y. Light,    7626 Wyndale Avenue,    Philadelphia, PA 19151-2707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           +E-mail/Text: bncnotice@ph13trustee.com Aug 10 2019 04:02:33     WILLIAM C. MILLER,
               Chapter 13 Trustee,   P.O. Box 1229,    Philadelphia, PA 19105-1229
                                                                                                TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2019 at the address(es) listed below:
              JEROME B. BLANK    on behalf of Creditor    U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS
               INDIVIDUAL ET. AL. paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    U.S. Bank Trust National Association et. al.
               paeb@fedphe.com
              KEVIN G. MCDONALD    on behalf of Creditor    Specialized Loan Servicing LLC bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    Government Loan Securitization Trust 2011-FV1, U.S.
               Bank Trust National Assocation, not in its individual capacity but solely as Delaware trustee
               and U.S. Bank National Association, not in its individ bkgroup@kmllawgroup.com
              MEGAN N. HARPER    on behalf of Creditor    CITY OF PHILADELPHIA megan.harper@phila.gov,
               karena.blaylock@phila.gov
              PAUL H. YOUNG    on behalf of Debtor Crystal Y. Light support@ymalaw.com, ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Government Loan Securitization Trust 2011-FV1, U.S.
               Bank Trust National Assocation, not in its individual capacity but solely as Delaware trustee
               and U.S. Bank National Association, not in its individ bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    U.S. Bank Trust National Association et. al.
               paeb@fedphe.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS
               INDIVIDUAL ET. AL. paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Crystal Y. Light
        Debtor(s)

Chapter: 13
Bankruptcy No: 18−10069−mdc

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this August 8, 2019 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                          Magdeline D. Coleman
                                          Chief Judge ,
                                          United States Bankruptcy Court