**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

    Chapter 13

    Bankruptcy No. 18-10069-MDC

CRYSTAL Y LIGHT

7626 WYNDALE AVENUE

PHILADELPHIA, PA 19151

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    CRYSTAL Y LIGHT

    7626 WYNDALE AVENUE

    PHILADELPHIA, PA 19151

Counsel for debtor(s), by electronic notice only.

    PAUL H YOUNG
    3554 HULMEVILLE RD
    SUITE 102
    BENSALEM, PA 19020-

Date: 7/19/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee