United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Crystal Y. Light  
    Debtor(s)

Case No. 18-10069-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Adminstra     Page 1 of 2  
Date Rcvd: Nov 04, 2020     Form ID: pdf900     Total Noticed: 6

The following symbols are used throughout this certificate:  
**Symbol    Definition**  
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Crystal Y. Light, 7626 Wyndale Avenue, Philadelphia, PA 19151-2707 |
| cr | + | Government Loan Securitization Trust 2011-FV1, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| cr | + | SPECIALIZED LOAN SERVICING LLC, 14841 DALLAS PARKWAY, SUITE 425, DALLAS, TX 75254-8067 |
| cr | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: bncnotice@ph13trustee.com | Nov 05 2020 03:15:00 | WILLIAM C. MILLER, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA 19105-1229 |
| cr | | Email/Text: megan.harper@phila.gov | Nov 05 2020 03:14:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.  
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 06, 2020      Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JEROME B. BLANK | |

District/off: 0313-2 | User: Adminstra | Page 2 of 2
Date Rcvd: Nov 04, 2020 | Form ID: pdf900 | Total Noticed: 6

| | |
|---|---|
| | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL ET. AL. paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor U.S. Bank Trust National Association et. al. paeb@fedphe.com |
| KEVIN G. MCDONALD | on behalf of Creditor Government Loan Securitization Trust 2011-FV1  U.S. Bank Trust National Assocation, not in its individual capacity but solely as Delaware trustee and U.S. Bank National Association, not in its individ bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor Specialized Loan Servicing LLC bkgroup@kmllawgroup.com |
| MEGAN N. HARPER | on behalf of Creditor CITY OF PHILADELPHIA megan.harper@phila.gov  karena.blaylock@phila.gov |
| PAUL H. YOUNG | on behalf of Debtor Crystal Y. Light support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Government Loan Securitization Trust 2011-FV1  U.S. Bank Trust National Assocation, not in its individual capacity but solely as Delaware trustee and U.S. Bank National Association, not in its individ bkgroup@kmllawgroup.com |
| THOMAS YOUNG.HAE SONG | on behalf of Creditor U.S. Bank Trust National Association et. al. paeb@fedphe.com |
| THOMAS YOUNG.HAE SONG | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL ET. AL. paeb@fedphe.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 11

# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    CRYSTAL Y. LIGHT    :    CHAPTER 13
:
Debtor(s)    :    BANKRUPTCY NO. 18-10069

## ORDER

AND NOW, this 3rd day of November, 2020, upon consideration of the Motion to Modify Chapter 13 Plan filed by Paul H. Young, Esquire, Attorney for Debtor, it is hereby ORDERED that the Debtor be allowed to Modify the Amended Plan by filing a Second Amended Plan.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE