United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-10069-pmm |
| Crystal Y. Light | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 26, 2024 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2024:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14350699 | + Email/Text: bkelectronicnoticecourtmail@computershare.com  Aug 27 2024 00:00:00 | | U.S. Bank Trust National Assoc. Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2024           Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2024 at the address(es) listed below:**

**Name**                    **Email Address**

ANGELA CATHERINE PATTISON
                on behalf of Creditor Government Loan Securitization Trust 2011-FV1  U.S. Bank Trust National Association, not in its
                individual capacity but solely as Delaware trustee and U.S. Bank National Association, not in its indivi
                apattison@hillwallack.com, apattison@ecf.courtdrive.com

DENISE ELIZABETH CARLON
                on behalf of Creditor Government Loan Securitization Trust 2011-FV1  U.S. Bank Trust National Assocation, not in its individual
                capacity but solely as Delaware trustee and U.S. Bank National Association, not in its individ bkgroup@kmllawgroup.com

JEROME B. BLANK
                on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL ET. AL.
                jblank@pincuslaw.com, mmorris@pincuslaw.com

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 26, 2024 | Form ID: trc | Total Noticed: 1 |

JEROME B. BLANK
    on behalf of Creditor U.S. Bank Trust National Association et. al. jblank@pincuslaw.com  mmorris@pincuslaw.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN G. MCDONALD
    on behalf of Creditor Specialized Loan Servicing LLC bkgroup@kmllawgroup.com

KEVIN G. MCDONALD
    on behalf of Creditor Government Loan Securitization Trust 2011-FV1 U.S. Bank Trust National Assocation, not in its individual capacity but solely as Delaware trustee and U.S. Bank National Association, not in its individ bkgroup@kmllawgroup.com

MEGAN N. HARPER
    on behalf of Creditor CITY OF PHILADELPHIA megan.harper@phila.gov  Edelyne.Jean-Baptiste@Phila.gov

PAUL H. YOUNG
    on behalf of Debtor Crystal Y. Light support@ymalaw.com
    ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

THOMAS SONG
    on behalf of Creditor U.S. Bank Trust National Association et. al. tomysong0@gmail.com

THOMAS SONG
    on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL ET. AL. tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-10069-pmm
Chapter 13

In re: Debtor(s) (including Name and Address)

Crystal Y. Light
7626 Wyndale Avenue
Philadelphia PA 19151

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/23/2024.

Name and Address of Alleged Transferor(s):

Claim No. 7: U.S. Bank Trust National Assoc. Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129

Name and Address of Transferee:

Government Loan Securitization Trust 2011-FV1,
c/o Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0675

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/28/24

Tim McGrath
**CLERK OF THE COURT**