Certificate Number: 03621-PAE-DE-030709094

Bankruptcy Case Number: 18-10069



03621-PAE-DE-030709094

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 12, 2018, at 10:33 o'clock PM EDT, CRYSTAL Y LIGHT completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:    March 13, 2018              By:    /s/Jennifer Hagan

Name:    Jennifer Hagan

Title:    Credit Counselor