United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 18-10069-pmm

Crystal Y. Light     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3

Date Rcvd: Jan 27, 2025     Form ID: 138OBJ     Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Crystal Y. Light, 7626 Wyndale Avenue, Philadelphia, PA 19151-2707 |
| 14036588 | + | American Heritage Fcu, 3110 Grant Ave, Philadelphia, PA 19114-2542 |
| 14036592 | + | FedLoan Servicing, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14036591 | + | FedLoan Servicing, Attention: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14913902 | + | Government Loan Securitization Trust, C/O Angela C. Pattison, Esq,, Hill Wallack LLP, 1415 Route 70 East, Suite 309, Cherry Hill, NJ 08034-2210 |
| 14314641 | + | Government Loan Securitization Trust 2011-FV1, C/O KEVIN G. MCDONALD, KML LAW GROUP, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 28 2025 00:11:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 28 2025 00:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14319119 | | Email/Text: megan.harper@phila.gov | Jan 28 2025 00:11:00 | CITY OF PHILADELPHIA LAW DEPARTMENT, TAX & REVENUE UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1595 |
| 14124296 | | Email/Text: megan.harper@phila.gov | Jan 28 2025 00:11:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14036590 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 28 2025 00:11:00 | Comenity Bank/Ashley Stewart, Po Box 182789, Columbus, OH 43218-2789 |
| 14036589 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 28 2025 00:11:00 | Comenity Bank/Ashley Stewart, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14918975 | + | Email/Text: mtgbk@shellpointmtg.com | Jan 28 2025 00:11:00 | Government Loan Securitization Trust 2011-FV1,, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14120938 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 28 2025 00:11:00 | Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |
| 14036593 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jan 28 2025 00:20:37 | Regional Acceptance Co, 304 Kellm Road, Virginia Beach, VA 23462-2712 |
| 14293708 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jan 28 2025 00:11:00 | Specialized Loan Servicing LLC, 6200 S. Quebec |

Case 18-10069-pmm   Doc 145   Filed 01/29/25   Entered 01/30/25 00:38:39   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 27, 2025 | Form ID: 138OBJ | Total Noticed: 25 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Street, Greenwood Village, CO 80111-4720 |
| 14350699 | | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jan 28 2025 00:11:00 | U.S. Bank Trust National Assoc. Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129 |
| 14069441 | ^ | MEBN | Jan 27 2025 23:59:47 | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14756627 | + | Email/Text: EBN@edfinancial.com | Jan 28 2025 00:11:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 14036595 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 28 2025 00:11:00 | Verizon, Po Box 650584, Dallas, TX 75265-0584 |
| 14036594 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 28 2025 00:11:00 | Verizon, Verizon Wireless Bankruptcy Administrati, 500 Tecnolgy Dr Ste 500, Weldon Springs, MO 63304-2225 |
| 14176381 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Jan 28 2025 00:11:00 | Westlake Financial Services, 4751 Wilshire Blvd., Suite 100, Los Angeles, CA 90010-3847 |
| 14036596 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Jan 28 2025 00:11:00 | Westlake Financial Srvs, Customer Care, Po Box 76809, Los Angeles, CA 90076-0809 |
| 14036597 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Jan 28 2025 00:11:00 | Westlake Financial Srvs, 4751 Wilshire Bvld, Los Angeles, CA 90010-3847 |
| 14036598 | + | Email/Text: support@ymalaw.com | Jan 28 2025 00:11:00 | Young, Marr & Associates, LLC, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14036587 | ##+ | Allied Collection Services, 8550 Balboa Blvd, Northridge, CA 91325-5806 |
| 14036586 | ##+ | Allied Collection Services, 8550 Balboa Blvd, Suite 232, Northridge, CA 91325-5806 |
| 14054981 | ##+ | U.S. Bank Trust National Association,, not in its individual capacity et. al., Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |

TOTAL: 0 Undeliverable, 0 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2025         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANGELA CATHERINE PATTISON | |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 27, 2025 | Form ID: 138OBJ | Total Noticed: 25 |

on behalf of Creditor Government Loan Securitization Trust 2011-FV1 U.S. Bank Trust National Association, not in its individual capacity but solely as Delaware trustee and U.S. Bank National Association, not in its indivi apattison@hillwallack.com, apattison@ecf.courtdrive.com

DENISE ELIZABETH CARLON

on behalf of Creditor Government Loan Securitization Trust 2011-FV1 U.S. Bank Trust National Assocation, not in its individual capacity but solely as Delaware trustee and U.S. Bank National Association, not in its individ bkgroup@kmllawgroup.com

JEROME B. BLANK

on behalf of Creditor U.S. Bank Trust National Association et. al. jblank@pincuslaw.com  mmorris@pincuslaw.com

JEROME B. BLANK

on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL ET. AL. jblank@pincuslaw.com, mmorris@pincuslaw.com

KENNETH E. WEST

ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN G. MCDONALD

on behalf of Creditor Government Loan Securitization Trust 2011-FV1 U.S. Bank Trust National Assocation, not in its individual capacity but solely as Delaware trustee and U.S. Bank National Association, not in its individ bkgroup@kmllawgroup.com

KEVIN G. MCDONALD

on behalf of Creditor Specialized Loan Servicing LLC bkgroup@kmllawgroup.com

MEGAN N. HARPER

on behalf of Creditor CITY OF PHILADELPHIA megan.harper@phila.gov  Edelyne.Jean-Baptiste@Phila.gov

PAUL H. YOUNG

on behalf of Debtor Crystal Y. Light support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

THOMAS SONG

on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL ET. AL. tomysong0@gmail.com

THOMAS SONG

on behalf of Creditor U.S. Bank Trust National Association et. al. tomysong0@gmail.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

*Form 138OBJ* (6/24)−doc 144 − 137

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>    Crystal Y. Light<br><br>    Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 18−10069−pmm<br><br>Chapter: 13 |

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: January 27, 2025                         For The Court

                                               Timothy B. McGrath
                                               Clerk of Court